Good morning and good morning rehearsals. I am here with Jean Jo incorpored at Driver TV Jеan-Jo incorporated at Driver TV and you're safe. Thank you. Am I asked her to speak up a little more? Yes. No problem. Did you use the right words Birgitt? Did you use the right words apps and tom dune? How is this the job of in-house assistant director?  I hope pop's pet didn't break your back. It should be for $1,500 only for the siteapaks.  I'm sure it's übersentable. How is this the job of in-house assistant director? I'm sure it's übersentable.    I'm sure it's übersentable. I'm sure it's übersentable. The filing date for all states looks almost the same. We know that it's a Congress-approved inspection. It's hard to look both at what Congress has said and what Congress has not said. Congress has said that the disability benefit should be evaluated based on filing date. And if they're granted, then agencies are required to award benefits based on filing date coming forward. And the agency cannot continue benefits based solely on a rule change. The agency agrees with all of that. And that's true. I've heard 42 U.S.C. 132. That's actually the current. And 42 U.S.C. 138. 2. 3. And the former senator has said that for Congress, that a filing date for an employment application quote, that shall be a fixed-term employment. So Congress has specifically directed me to use the filing date. And that's just been clearly stated. It's true. It's true. I just know that Congress is a big supporter of a filing date. And the state does agree that applying Congress-approved is a determination of a fixed-term employment. It's not that we do it all from here. We need time. We need the time to go through all of this. And that's something that certainly not all of you are saying. But the time you're taking to get into a law school position, you're covering a period of time that you think should be a fixed-term employment. And so what the agency is trying to do here is say, well, we understand that you can't do a speeding based on a listing. That's because checks are required. But you say that the one employment dependent in 2.04 criteria, it's not that we support it. Obviously, we need those checks. And we need the agency to hear the official file. It's not that we're hearing it sooner or later. And it's not that we're able to make a decision. The agency is ready to do that. And the agency is prepared to accept that. It is enjoyable. It is comfortable. It's purposeful. It's equitable. We're doing it all the way back in time. The agency specifically called out that if a student is required to fill out a median, it should be obvious that those individuals who might otherwise fall under the average policy would no longer qualify. So that is an entry in this case making a decision with regards to whether or not to fill out a median. Now we're not going to change any of the agency's policy statements. Our objective is to help once a student has reached the 4.0 or 5.0 or 6.0 or 7.0 or 8.0 or 9.0 or 10.0 or 12.0 or 13.0 or 14.0 or 15.0 or 16.0 or 17.0 or 18.0 or 19.0 or 20.0 or 20.0 or 20.0. So we have no reason to ask that a student is being sent for a policy meeting when they're not eligible and there's reason to refer it. And we're going to continue to support you through your retroactive policies that you see better. This is just an example of a box. It's the Title IX median, i.e., in short, and you can see how it changes. So in this case in particular, it takes the original rule of the question of how is it located in the first place? If she was throughout a policy period, she will not be eligible to hold a policy meeting. And there is no restriction with respect to the rule. It will be in terms of data cameras. And so what the agency did here is go back to what your measure is. It's not changing the whole rule. It's looking to find out if it's necessary to differently adjust the rule. It's looking to find out if it's necessary to differently adjust the rule. And so if a student is going through a retroactive policy meeting, there's already a discussion, there's a meeting, there's a review, there's a review of your policies. And this says that the policy rules are changing for your questions. So are they right? Are they right? And we also did not do that for a professional response. We put out three individuals. I didn't want to be more specific. I just did not think about it. But I thought about saying, how are we going to file on this meeting with self-reflections? And I said, if you are holding an individual response, you're going to have to go back for the proper medical opinion, whatever it is. We have to be on here. The AOJ, there are three ways in which you will go about this. First, the agency is going to be concerned with the importance of sharing. Second, we are looking at the requirements of 28 CFR 1, that's 2017-4-8. And the AOJ is going to consider what the situation might look like. We're going to look at how to supervise the meeting. We're going to look at how to work with the agency. So, if we are going to, I mean, I have to say, it concerned me. I thought, you know, I saw this in the interest of all of us, that at any point in time, this child could die. And I certainly think of six-year-olds. I mean, they don't think as hard as they think of six-year-olds. They think of their birthright. And it would require a lot of monitoring. So, it's always great to have that, you know, when you're talking to the agency, when you're all at a meeting. So, it's always going to be critical. And there are aspects of the body that needs to be concerned. And I don't want to be one of those, like, what are the laws that are in place? All of it is in order to bring the person to question, because you don't just want to be in there. These days, at the ROTC meetings, we've been getting a lot of questions about the fire department. So, I think it's really good to be here. So, I mean, I mean, we should be able to walk out. She doesn't have an obligation to explain how it's going to work. At the end of the day, all of us have an obligation to determine whether or not we require 24-hour supervision. I mean, that's particularly concerning in an agency. So, I think that's probably the new rule. I mean, we expect that a child's insurance officer would need 24-hour supervision, if at all possible, for years to come. So, I don't know anything more about the case. The ALJ didn't make me participate in the ROTC process, and she doesn't actually require it to do. Finally, the ALJ panelists, we don't need a paraphrase of the law. The ALJ basically isn't paraphrasing what the ALJ needs to do. So, this is an example of how a child with a disability is able to care for themselves. So, we should be able to take good care of this child, and we'll talk to somebody who has an ALJ that cares very well, a child without disabilities, who has a disability, who is able to care for themselves, and who has a good social, breathing, self-image, and perspective. So, basically, taking a child next to you, to care for herself, the ALJ, actually requires our moms to constantly revisit what needs to be tested, and taking it seriously, just because it's a risk. So, I've done a lot of these cases, I've done a lot of these work, and I have a 27-year-old child. And, it's people that have disabilities, others that have disabilities. So, I, at least, you know, I'm just trying to be serious. I'm just trying to put it into my head, so people can catch me more. I am not familiar with the ALJs, but I'm trying to find more details. The children, typically, if they didn't have a father, they're based on income, so it's a deeper threshold. So, the first year, she was working, and she got forced to join a group. So, we're actually looking all year, for two years. So, let's hear what she can say. Good morning. Good morning. She's a first-year volunteer, and she's from the health and safety care team. First year, the ALJs, they make it clear that you need to be able to help yourself. In other words, you're in charge of not putting yourself in someone else's shoes. And it seems to question that you're honoring the rights of other people, in particular. One of the reasons that you're honoring the rights of other people is that you're doing that so that your system and the medical system can continue to be fine. Most, we think, a million Americans actually do not control what their partner is paying. But now, we have, excuse me, Alice reading diabetes in connection with this particular trial of control. So, it's confusing. And, I was sad about the news that had been reported yesterday about the author of her theology. And, it involved a child who had an opportunity to stand in line for a meeting. Um, at the time, at the time, at the time, and, oh, all of those costs. I, I can't think of a better explanation than this. It's the cost of the medical team. So, they just had to push their way through that to get a doctor and they were able to do it. Okay. I just have a misunderstanding about your that disagree. Um, this child lives and mother and mother is not employed. Correct. Um, they live with grandparents. Grandparents have a resource of income other than their own social security. I'm not aware but more important than that these assets are not merely your money. The three doctors you're talking to will decide what's important. Okay. Um, the brother, there's a brother who also has diabetes, he has to be careful. And here's my  In terms of behavioral activity, what better proof is there of the adverse echo acting effect than that the social security administration understood that by changing the rule they were going to deny benefits on people in this child's circumstance. Those who all at a time were ruled for no disability determination and they're now changing the rule to say no disability after age six. What better evidence could there be? That's not what the listing says. The CDC will always be considering a potentially failing intervention, but it's not a per se failing intervention as the CDC has envisioned it. But at the time that the application was filed for this child, the acceptable regulation created an irreversible perception that she was entitled to benefits by all. It only created the perception that it was meant to be one of 400 percenters and she never achieved one of those 400 percenters. The rule has not been changed. Would this child be entitled to benefits through ages? No. Absolutely not. That's what the agency said. In fact, under either version of the listing, you are old. You've now been labeled  disabled. And that is why H. S. D. G. C. There are so many reasons for this. This is only because everyone is actually disabled. We will always think of the actual effect on the person. And that can change a lot. The agency is right now because there are people who have been with her for several years. And it isn't any familiar with her condition. And it's more and more important. And you can never find anything more than modern solutions. In fact, all modern solutions come to be because it's so simple that everyone who needs it will not have the awareness to notify them of what's going on. But in that case, the only benefit from being with her is the functional slow down that they can control and have the functional slow down that they can support them. It would be the              same thing with after care and being able to do certain activities so she could take care of herself and be able to make sure that you don't need 20 percent stimulation from someone else. And especially in this case where the ALJ actually did the functional slow down that was much more intensive and much broader and needed the quick slow down that was 20 percent and she could take care of herself and be able to do  activities so she could be able to make sure that she could be able to take care of herself and be       able to   that she could    do the activities that she needed to do and that she needed to do and that she needed to do  and     do and she needed to just nothing like that. And I think that the first step was to create the mental health model of the person inside the world.      first  was to create the mental health model of the person inside the world. And I think that this is a very important  of research. And I  that this is a very important piece of research. And I think that Thank you.
judges: Hawkins, Callahan, Soto